IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL WILLIAMS, <br> BRIAN THOMAS, <br> SEDRICK PHILLIPS, <br> MIKAL DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> SALVADOR GODINEZ, et al. <br><br> Defendants. | Case No. 12-cv-808 <br><br> Magistrate Judge Stephen Williams |

## NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, by and through their attorneys, ED FOX & ASSOCIATES, LTD., hereby move this court at the Fairness Hearing on March 3, 2017 at 9:45 AM, located in the East St. Louis Courthouse, in the courtroom of the Honorable Magistrate Stephen C. Williams, to grant Final Approval of Class Action Settlement. This Motion is based upon this Notice of Motion and Motion and the Memorandum in support of this Motion for Final Approval of Class Action Settlement, that has been filed concurrently herewith.

WHEREFORE, for the above-stated reasons, Plaintiffs, respectfully requests this court to approve the final class action settlement.

Respectfully submitted,

s/ Edward M. Fox
Edward M. Fox

ED FOX & ASSOCIATES, LTD.
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
efox@efox-law.com